UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:25-CR-60128-WPD

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK BYRON HANDSPIKE, JR.

Defendant.

**NOTICE OF FILING OF CHARACTER LETTERS
IN SUPPORT OF SENTENCING**

COMES NOW, the Defendant, MARK BYRON HANDSPIKE, JR., by and through his undersigned counsel, provides this Notice of Filing to the Court, to file Character Letters in Support of Sentencing.

                                                Respectfully submitted,
                                                HUMBERTO R. DOMINGUEZ

                                                /s/ Humberto R. Dominguez
                                                HUMBERTO R. DOMINGUEZ, P.A.
                                                Attorney for Defendant
                                                Florida Bar No.: 837903
                                                9100 South Dadeland Boulevard
                                                Suite 1500
                                                Miami, Florida 33156
                                                Telephone: 305-373-6400
                                                E-Mail: Bert@HDominguezlaw.com

2

| Name | Relationship to Mr. Handspike |
|---|---|
| Simone Reid | Aunt |
| Alex Handspike | Older Brother |
| Sharetta Ogden | Lifelong Personal Friend |
| Rogenia Handspike | Grandmother |
|  |  |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,
HUMBERTO R. DOMINGUEZ

/s/ Humberto R. Dominguez
HUMBERTO R. DOMINGUEZ, P.A.
Attorney for Defendant
Florida Bar No.: 837903
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: 305-373-6400
E-Mail: Bert@HDominguezlaw.com
