Simone N Reid

███████████████████

███, FL, ███

███████████████

███ 0602

10/13/2025

**Re: Character Reference Letter for Mark Byron Handspike**

Dear Honorable Judge,

I Simone N. Reid am writing this letter on behalf of my nephew, Mark Byron Handspike, whom I have known since his birth. I respectfully ask that you consider this letter as a testament to his character as you evaluate the matters before you.

As his aunt, I have had the opportunity to watch Mark grow into a man of integrity, responsibility, and compassion. Throughout his life, he has shown himself to be respectful of others, hard-working, and deeply committed to his family and community. Mark is a very hard worker and has always tried to put his best foot forward to achieve and accomplish his goals.

Mark has always been someone who takes accountability seriously. Even in difficult situations, he has demonstrated maturity and a willingness to learn from his mistakes. He has consistently shown kindness and support to those around him, often volunteering his time to help family.

I understand the seriousness of the situation he is facing, and I do not write this letter to excuse any wrongdoing. Rather, I hope to provide some context about the person he is outside of this incident. I truly believe that Mark Handspike is capable of making positive contributions to society and is deserving of compassion and an opportunity to grow from this experience.

Thank you for taking the time to read this letter. I hope that my words can offer some insight into Mark Byron Handspike character and potential for rehabilitation. Please feel free to contact me if you require anything further.

Respectfully

Simone N. Reid

*[signature]*

# Mark Handspike Jr's Older Brother Alexander Handspike

From: Alex Handspike ███████████████
To: HUMBERTO R. DOMINGUEZ bert@hdominguezlaw.com
Date: Sun, Jul 6, 2025, 5:27 PM

To Whom It May Concern,

I am writing this letter to speak on behalf of my younger brother, Mark Handspike Jr. In all my years of knowing him, I have been consistently impressed by his integrity, work ethic, and kindness, I am proud to be able to share my thoughts on his behalf.

Losing his mother at 5 years old I seen how the happy and cheerful little boy turned into quiet and withdrawn. He was raised in a loving home by my grandmother and she made sure he had everything he needed to be successful in school and potentially as a young adult.
I believe that pain of not having his mom stuck with him throughout the years and turned into being lost and making bad decisions.

My brother is a devoted father to his young son, ███ who deeply relies on his presence for emotional and parental support. The bond between them is strong, and being separated would be profoundly difficult for his son, who needs stability and the guidance only a father can provide.

Mark has always demonstrated a deep sense of responsibility, especially as he's matured over the years.Whether it's in his personal relationships,work commitments, and fatherhood .He approaches everything with determination and a strong sense of accountability. He is someone who can be relied upon in any situation, and this reliability is one of the things that makes him stand out.

Another trait that defines Mark's character is his genuine kindness. He goes out of his way to help others, whether it's lending a hand to a friend in need, volunteering with family gatherings , or simply offering words of encouragement to those who are struggling

In conclusion, I have the utmost confidence in Mark's character. I truly believe he will hold himself accountable for his actions. The judges mercy will give him the motivation to do right and be a model citizen with his freedom. He is a young man of strong principles, and I have no doubt that he will positively impact everyone around him. It's a privilege to call him my brother.
Your Honor, I respectfully ask that you consider a more lenient sentence that would allow my brother to remain a part of his son's life, whether through alternative sentencing, reduced time, or a rehabilitation-focused program. I have faith that your judgment will take into account not only justice but also mercy and the opportunity for redemption.

Thank you for taking the time to read this letter.

Sincerely,
Alexander Handspike

Sharetta Ogden
4645

July 7, 2025

To the Honorable Judge,

I am writing to you in my capacity as a character witness for Mark B. Handspike, Jr., who is scheduled to be sentenced before your court. I have known him since he was a small child in elementary school. I have baby sat and assisted with taking care of him during his school age years and during this time he was a respectable young man who showed care and concern for others. Had he not displayed those qualities, I would never have allowed him to be in close company with my two children who are law-abiding adults.

It saddens me personally to see that his choices in association and lifestyle have led him down the path that he is currently facing in which he would have to come before you and I would have to write a letter on his behalf, because I know he was not raised that way. However, I would not be writing this letter if I did not think there were some redeemable qualities in him. He was raised in a godly home and taught spiritual principles that I know he regrets he did not stick to, because as the bible states you reap what you sow.

I truly feel he has a good heart and if granted leniency he would in time be able to return to the root of his upbringing and make a turn for the better. I feel that if left in an environment of incarceration for an extended period of time will do more harm than good. However, I feel a shorter period of time will allow him to do some self-reflection and have the determination to make a change for the better. While I understand the seriousness of the matter before the court, I believe that this situation is not reflective of Mark Handspike, Jr's true character. Although I have not spoken with him personally, I have been informed that he expresses deep remorse. I am confident that this will encourage him to take steps toward accountability and personal growth. It is my hope that the court will take this into consideration with regard to sentencing.

Thank you for taking the time to consider my letter.

Kind regards,
Sharetta Ogden

Rogenia Handspike

8747

July 4, 2025

To the Honorable Judge,

I am writing this letter as a heartfelt plea for mercy on behalf of my grandson, Mark B. Handspike Jr., who is currently before you for sentencing.

As his grandmother, I have known Mark his entire life. I know his heart, and while I do not excuse the mistakes he has made, I do ask you to consider the whole person and the potential that still lies within him. Mark has faced struggles and made poor choices, but he is not beyond hope or help.

Mark has always been a respectful and loving grandson. In better times, he has shown compassion, kindness, and a willingness to help others — whether by assisting around the house, supporting younger family members, or simply showing up when someone needed him. His troubles are real, but they are not all of who he is.

He understands the seriousness of his actions and is truly remorseful. What he needs now is structure, guidance, and an opportunity to make things right. With the right support, I believe Mark can and will turn his life around. Our family is prepared to stand by him through that process.

Your Honor, I respectfully ask that you extend mercy and consider leniency in your sentencing. Mark is still young and has the capacity to grow into a responsible and productive adult. He simply needs the chance to prove that he can do better — and I believe he will.

Thank you for your time and consideration.

With sincere respect,

*Rogenia Handspike*
Rogenia Handspike

Grandmother of Mark B. Handspike Jr.