UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:25-CR-60128-WPD

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
MARK BYRON HANDSPIKE, JR. )
)
Defendant. )

**DEFENDANT MARK BYRON HANDSPIKE, JR.'S
OBJECTIONS TO FINAL ADDENDUM 1 DISCLOSURE OF REVISED
PRESENTENCE INVESTIGATION REPORT**

COMES NOW, by and through undersigned counsel, on behalf of the Defendant, MARK BYRON HANDSPIKE, JR., and respectfully submits his Objections to Final Addendum 1 Disclosure of Revised Presentence Investigation Report ("PSI") disclosed on October 29, 2025, and in support states as follows:

1. The Defendant objects to Para. 46 and the Addendum to the Revised PSI. DE# 143.

2. On October 29, 2025, the U.S. Probation Office disclosed that it had revised the PSI to include a two-level enhancement for a gun found in the residence at the time of the search warrant.

3. The Government and Defense had agreed that this enhancement would not apply. The gun was located under furniture and in a bag. DNA evidence was examined from the gun and none was tied to Mr. Handspike.

4. Further, the Revised PSI is factually incorrect when stating that Mr. Handspike was the only person present at the time of the search warrant; there were two other persons in the house and codefendant Clark had just exited the residence. Audio and video evidence shows that the residence was occupied at different times by a large number of persons coming and going either selling or buying drugs.

5. The Government interviewed the Mr. Handspike for the purposes of the safety value and was satisfied that he was truthful as to his involvement and that he did not know about the presence of the gun. There is simply no evidence that this defendant possessed a firearm during the offense.

6. Wherefore the defendant request that the Court sustain the objection and order that Para. 46 and any mention that the defendant possessed a firearm be stricken from the PSI.

## **CONCLUSION**

WHEREFORE, the Defendant, MARK BYRON HANDSPIKE, JR., by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
9100 S. Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: (305) 373-6400
E-Mail: Bert@hdominguezlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

    Respectfully submitted,

    HUMBERTO R. DOMINGUEZ, P.A.

    By: /s/ Humberto R. Dominguez
    Humberto R. Dominguez
    Florida Bar No.: 837903
    9100 South Dadeland Boulevard
    Suite 1500
    Miami, Florida 33156
    Telephone: (305) 373-6400
    E-Mail: Bert@hdominguezlaw.com