UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:25-CR-60128-WPD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARK BYRON HANDSPIKE, JR. | ) |
| Defendant. | ) |

**DEFENDANT MARK BYRON HANDSPIKE, JR.'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, by and through undersigned counsel, on behalf of the Defendant, MARK BYRON HANDSPIKE, JR., and respectfully submits this Unopposed Motion to Continue Sentencing scheduled for November 5, 2025, and in support states as follows:

1. On November 4, 2025, the Miami Federal Detention Center ("FDC") through the U.S. Marshals Service notified undersigned counsel that the Defendant is currently experiencing an unknown medical issue.

2. The FDC is awaiting the results of a blood test and informed the undersigned that the Defendant would not be transferred to Fort Lauderdale for the scheduled sentencing hearing.

3. On November 5, 2025, the Defendant is scheduled to be sentenced before this honorable court at 1:30 pm.

4. Undersigned counsel conferred with Assistant United States Attorney Corey O'Neal who does not object to this continuance.

5. The parties are available on November 19th through the 21st or the week of December 1st, 2025, to reset the sentencing hearing.

## CONCLUSION

WHEREFORE, the Defendant, MARK BYRON HANDSPIKE, JR., by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
9100 S. Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: (305) 373-6400
E-Mail: Bert@hdominguezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
Telephone: (305) 373-6400
E-Mail: Bert@hdominguezlaw.com